```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
BERKLEY INSURANCE COMPANY,                                        :
                                                                  :
                            Plaintiff,                            :
                                                                  :        24-CV-08108 (JAV)
              -v-                                                 :
                                                                  :        ORDER
WEDDLE LAW PLLC,                                                  :
                                                                  :
                            Defendant.                            :
                                                                  :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

On October 29, 2025, Defendant and Counterclaim-Plaintiff Weddle Law PLLC ("Defendant") filed a motion to compel Plaintiff and Counterclaim-Defendant Berkley Insurance Company ("Plaintiff") to produce two sets of documents relating to Plaintiff's claim investigation and loss reserves. ECF No. 35 ("Mot.") at 1. Defendant's motion to compel is **GRANTED IN PART**.

Concerning the documents Plaintiff withheld due to attorney-client privilege and/or work product doctrine, Plaintiff is **ORDERED** to submit unredacted copies of the disputed documents to the Court for *ex parte*, *in camera* review no later than **November 14, 2025**.

Concerning the three documents relating to loss reserves, Plaintiff is **FURTHER ORDERED** to produce those documents to Defendant no later than **November 14, 2025**. "Courts in this District have found reserve information relevant where bad faith has been alleged." *99 Wall Dev. Inc. v. Allied World Specialty Ins. Co.*, No. 18-CV-126 (RA) (KHP), 2019 WL 2482356, at *4 (S.D.N.Y. June 14, 2019) (citation omitted). "Although New York does not recognize a separate cause of action for bad faith, courts permit bad faith allegations to

be included in a complaint as part of a breach of contract cause of action." *Id.* (citation omitted). Defendant "has included bad faith allegations in its [counterclaim] in connection with its breach of contract claim in support of its request for consequential damages and attorneys' fees." *Id.*; *see* ECF No. 11 at 12. The Court finds that reserve information is "relevant under the broad relevance standard of [Federal] Rule [of Civil Procedure] 26(b)(1)."

Accordingly, Defendant's motion to compel is **GRANTED IN PART**.

SO ORDERED.

Dated: November 12, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge